# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE PRICE, Trustee of The Joyce A. Childress Trust of 2004,<br><br>Plaintiff,<br><br>vs.<br><br>GRAND BANK FOR SAVINGS, FSB, a Federal Savings Bank,<br><br>Defendant. | CASE NO. 18cv440-LAB (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 35]** |

The parties' joint stipulation of voluntary dismissal, construed as a joint motion to dismiss, is **GRANTED**. Dkt. 35. This entire action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: July 29, 2019

_____
**Honorable Larry Alan Burns**
Chief United States District Judge

- 1 -